ary 14, 1902.) Action by Isaac Bernstein against Nathan Marx. No opinion. Motion granted, with $10 costs.

BICKFORD & HUFFMAN CO., Respondent, v. GLEASON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1901.) Action by the Bickford & Huffman Company against Frederick Gleason. No opinion. Judgment affirmed, with costs.

BILLINGS, Respondent, v. ALBRIGHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 10, 1901.) Action by Warren M. Billings against Frank Albright. No opinion. Motion for reargument denied, with $10 costs and disbursements.

BLACK v. VANDERBILT et al. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by E. Martin Black against William K. Vanderbilt and others. No opinion. Motion denied.

In re BLACKSTONE. (Supreme Court, Appellate Division, First Department. January 24, 1902.) In the matter of Timothy B. Blackstone. No opinion. Motion denied.

In re BOARD OF RAPID TRANSIT. (Supreme Court, Appellate Division, First Department. January 17, 1902.) In the matter of the board of rapid transit. No opinion. Motion granted.

In re BOARD OF RAPID TRANSIT RAILROAD COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) In the matter of the application of the board of rapid transit railroad commissioners for the city of New York for the appointment of three commissioners, etc.,—Brooklyn-Manhattan rapid transit. No opinion. Order signed.

In re BOARD OF RAPID TRANSIT RAILROAD COM'RS. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) In the matter of the application of the board of rapid transit railroad commissioners for the appointment of three commissioners to determine whether a rapid transit railway ought to be constructed and operated,—Brooklyn-Manhattan rapid transit. Report of commissioners confirmed. No opinion.

BOEHME v. WIRSING et al. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Emma A. Boehme against Odelia Wirsing and another. No opinion. Motion denied, with $10 costs.

BOEHME, Appellant, v. WIRSING et al., Respondents. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by Emma A. Boehme, against Odelia Wirsing and another. J. Stearns, for appellant. C. J. Gerlich, for respondents. No opinion. Judgment affirmed, with costs.

BOSHART, Respondent, v. EASTON, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 10, 1901.) Action by Frank E. Boshart against Frederick S. Easton, impleaded, etc. No opinion. Judgment (69 N. Y. Supp. 623) affirmed, with costs, upon opinion of Hiscock, J., delivered at special term.

BRACHER v. McBRIDE. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Submission of controversy between Thomas W. Bracher and Jessie C. McBride. Dismissed. J. L. Ward, for plaintiff. I. L. Miller, for defendant.

PER CURIAM. It appearing by concession of counsel in open court that there is now no controversy between the parties to this submission, the defendant having taken title, the submission should be dismissed, with costs to the plaintiff.

BRADSHAW v. VILLAGE OF FULTON. (Supreme Court, Appellate Division, Fourth Department. December 10, 1901.) In the matter of the petition of Reuben Bradshaw for the appointment of commissioners to determine the compensation to which he is entitled as against the village of Fulton. No opinion. Judgment and order affirmed, with costs.

BRADY v. KENNEDY. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by William A. Brady against James C. Kennedy. No opinion. Motion denied, on payment of $10 costs.

BRADY, Respondent, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by William A. Brady, against James C. Kennedy and another. C. Kaldane, for appellants. D. Gerber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 72 N. Y. Supp. 507, 1095.

BRENNAN v. ROBERTS. (Supreme Court, Appellate Division, Fourth Department. January 14, 1902.) Action by Roy C. Brennan, an infant, etc., against William Roberts. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

BRENNER, Appellant, v. ROBERTS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 3, 1901.) Action by Roy Brenner, an infant, etc., against William Roberts. No opinion. Judgment affirmed, with costs.

In re BRENNER. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) In the matter of the application of Jacob Brenner to compel the delivery to him by William E. Melody of the books and papers of the office of commissioner of jurors. No opinion. Order staying proceedings affirmed, with $10 costs and disbursements.

In re BRILL. (Supreme Court, Appellate Division, First Department. November Term, 1901.) In the matter of Dehris Brill. Memorandum filed.